UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) APPEARANCE |
| | ) |
| vs. | ) Criminal Number: |
| | ) 1:07-CR-00077-ESH |
| MARK S. CROSS, | ) |
| Defendant. | ) |

To the Clerk of this court and all parties of record:

Please enter the appearance of Stephen M. Byers, of Crowell & Moring, LLP, as counsel in this case for Defendant Mark S. Cross.

April 11, 2007                    Respectfully submitted,

*[signature]*
Stephen M. Byers
Crowell & Moring LLP
1001 Pennsylvania, N.W.
Washington, D.C. 2004-2595
Telephone:    (202) 624-2500
Facsimile:    (202) 628-5116

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2007, a true and correct copy of the foregoing Appearance was served by hand delivery upon the following individual at the address below:

Erin Aslan
Trial Attorney
United Sates Department of Justice
Criminal Division
Public Integrity Division
1400 New York Avenue, N.W., 12th Fl.
Washington, D.C. 20005

David Cross