UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Number: |
| | ) | 1:07-CR-00077-ESH |
| | ) | |
| vs. | ) | |
| | ) | |
| MARK S. CROSS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION OF ANDY D. DRUMHELLER FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 44.1(d) of the Local Rules of this Court, Anthony D. Drumheller, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* as attorney for Mark S. Cross in the above-captioned case. In support of the motion, Mr. Drumheller provides his attached declaration.

Respectfully submitted,

*/s/ Stephen Byers*
Stephen M. Byers
Crowell & Moring LLP
1001 Pennsylvania, N.W.
Washington, D.C. 2004-2595
Telephone:   (202) 624-2500
Facsimile:   (202) 628-5116

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Number: |
| ) | 1:07-CR-00077-ESH |
| vs. ) | |
| MARK S. CROSS, ) | |
| Defendant. ) | |

**DECLARATION OF ANTHONY D. DRUMHELLER IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Anthony D. Drumheller ("Applicant"), hereby declare under penalty of perjury:

1. <u>Request for Admission</u>: I am an associate at the law firm of Rusty Hardin & Associates, P.C., and I request permission to participate in this action as counsel for Defendant Mark S. Cross.

2. <u>Name and Address of Applicant's Law Firm</u>:

   Rusty Hardin & Associates, P.C.
   1401 McKinney, Suite 2250
   Houston, Texas 77010,
   Telephone: 713-652-9000.
   Facsimile: 713-652-9800

3. <u>Bar Admissions</u>: I am an attorney admitted to the Bar of the State of Texas and am also admitted to practice before the United States Supreme Court and the United States District Court for the Southern District of Texas.

4. <u>Certification of Good Standing</u>: I certify that I have never been disbarred, censured, or disciplined by any court or state bar. There are no pending disciplinary proceedings against me.

5. <u>Previous Appearances in this Court</u>: I have never been admitted *pro hac vice* in this Court.

6. <u>Residence Outside the District</u>: I reside and practice law from an office outside this District. I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on April 9, 2007 at Houston, Texas.

_____
Anthony D. Drumheller

2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Number: |
| | ) | 1:07-CR-00077-ESH |
| vs. | ) | |
| MARK S. CROSS, | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

Upon consideration of the Motion of Anthony D. Drumheller for Admission *Pro Hac Vice*, made pursuant to Rule 44.1(d) of the Local Rules of this Court for the purpose of representing Defendant Mark S. Cross, and the supporting declaration, it is hereby

ORDERED that the Motion is GRANTED.

Dated this _____ day of _____, 2007.

_____
Judge Presiding

## CERTIFICATE OF SERVICE

      I hereby certify that on April 12, 2007, a true and correct copy of the foregoing Motion of Andy D. Drumheller for Admission *Pro Hac Vice* as well as the supporting declaration and proposed order were served by hand delivery upon the following individual at the address below:

Erin Aslan
Trial Attorney
United Sates Department of Justice
Criminal Division
Public Integrity Division
1400 New York Avenue, N.W., 12th Fl.
Washington, D.C. 20005

                                                                                       David Cross