**FILED**

APR 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Number: |
| | ) | 1:07-CR-00077-ESH |
| vs. | ) | |
| MARK S. CROSS, | ) | |
| Defendant. | ) | |

## ORDER FOR ADMISSION *PRO HAC VICE*

Upon consideration of the Motion of Derek S. Hollingsworth for Admission *Pro Hac Vice*, made pursuant to Rule 44.1(d) of the Local Rules of this Court for the purpose of representing Defendant Mark S. Cross, and the supporting declaration, it is hereby

ORDERED that the Motion is GRANTED.

Dated this 13th day of April, 2007.

_____
Judge Presiding