UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL NO. 07-077-01 |
| | : | |
| MARK S. CROSS, | : | The Honorable Ellen Segal Huvelle |
| | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its undersigned attorneys, informs the Court that the above-captioned matter is now assigned to Trial Attorney Peter Koski, who will substitute for the counsel of record, Erin Aslan, as counsel for the United States.

Dated: July 11, 2007

    Respectfully submitted,

    WILLIAM M. WELCH II,
    Chief, Public Integrity Section

    _____
    PETER KOSKI, California Bar No. 241960
    Trial Attorney
    Public Integrity Section
    U.S. Department of Justice
    Criminal Division
    Public Integrity Section
    1400 New York Ave., NW
    Washington, DC  20005

    Mailing Address:
    10th St., NW & Constitution Ave., NW
    Washington, DC  20530

    (202) 514-1412 – main number
    (202) 307-3589 – direct number
    (202) 514-3003 – facsimile
    E-mail: peter.koski@usdoj.gov