NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                       Criminal Number  1:07-CR00077-ESH

**Mark S. Cross**
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ■ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

**Philip T. Inglima, DC Bar No. 420119**
(Attorney & Bar ID Number)

Crowell & Moring LLP
(Firm Name)

**1001 Pennsylvania Avenue, NW**
(Street Address)

**Washington, DC  20004**
(City)            (State)         (Zip)

(202) 624-2500
(Telephone Number)

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August, 2007, a true and correct copy of the foregoing Notice of Appearance was served by facsimile transmission and sent via overnight delivery to:

>Peter M. Koski
>Chief, Public Integrity Section
>United States Department of Justice
>1400 New York Avenue, NW, 12th Floor
>Washington, D.C. 20005
>(202) 514-3003

_____/s/_____
Philip T. Inglima