HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: CR-07-077-01 |
| | : | |
| vs. | : | SSN: |
| | : | |
| CROSS, Mark S. | : | Disclosure Date: June 27, 2007 |

**FILED**

AUG 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGEMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
( )    There are no material/factual inaccuracies therein.
( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _____
Prosecuting Attorney                                            Date

### For the Defendant
(CHECK APPROPRIATE BOX)
( )    There are no material/factual inaccuracies therein.
(X)    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ 07-11-2007          _____ 7/11/07
Defendant                      Date                         Defense Counsel    Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by July 11, 2007, to U.S. Probation Officer Elizabeth Suarez, telephone number (202) 565-1341, fax number (202) 273-0242.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:    Gennine A. Hagar, Chief
        United States Probation Officer

# RUSTY HARDIN & ASSOCIATES, P.C.

ATTORNEYS AT LAW
5 HOUSTON CENTER
1401 McKINNEY, SUITE 2250
HOUSTON, TEXAS 77010-4035
(713) 652-9000
FAX (713) 652-9800
www.RustyHardin.com

RUSTY HARDIN
TERRY KERNELL
BOB GALATAS
JOE RODEN
ANDY DRUMHELLER*
*BOARD CERTIFIED IN CRIMINAL LAW
BY TEXAS BOARD OF LEGAL SPECIALIZATION

DEREK HOLLINGSWORTH
RYAN HIGGINS
MARCIE McFARLAND
CRIS FELDMAN

OF COUNSEL
LARA HOLLINGSWORTH

July 11, 2007

By Fax No. 202-273-0242

Elizabeth H. Suarez, MSW
United States Probation Officer
Presentence Investigations Unit
United States District Court
  for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W., Room 2800
Washington, D.C. 20001

Re:    Criminal No. 1:07-CR-00077-ESH; *United Sates of America v. Mark S. Cross*; In the United States District Court for the District of Columbia

Dear Ms. Suarez:

Thank you for sending us the very thorough and well written Presentence Investigation Report on June 27, 2007. In this letter, we wanted to point out five very minor corrections to the report. I am also sending with this letter a statement from Mark and some letters of recommendation we received on Mark's behalf. I hope that you will consider including some of this information in the final Presentence Investigation Report to the Court.

The minor corrections to the report are as follows:

1.    The first is located on page 3, paragraph 2, where it states that the criminal conduct occurred on January 30, 2002. The passport violation is alleged to have occurred on or about October 26, 2003.

2.    The second is located on page 5, paragraph 14. The sentence that begins with "Further, the 'Important Information'". [sic] appears to be missing the end of the sentence.

Elizabeth H. Suarez, MSW
July 11, 2007
Page 2

3.  The third is located on page 6, paragraph 30. Under the "Other Arrests" category, it lists that Mark was 21 when he was arrested for Unlawfully Carrying a Weapon. Mark was actually 19 when this happened.

4.  The fourth correction is also on page 6, paragraph 32, where it lists Mark's mother's maiden name as "Nincens;" it should read "Vincens."

5.  The fifth correction is on page 7, paragraph 35, where it discusses Mark's renters insurance, which includes a $2,500 firearm allowance. Mark has informed me that he does not have possession of any firearms.

In addition to these corrections, I am sending you a short letter Mark drafted that, we believe, provides some perspective to the Offense Conduct described on pages 3-5, and specifically to the conduct regarding Mark's improper issuance of non-immigrant visas. Though the Offense Conduct section (and the Statement of Offense) are fair and accurate, we believe that Mark's letter helps provide some needed context to his conduct.

Finally, we are sending you several letters that have been written by Mark's colleagues, friends, relatives, and acquaintances. Though we have received over 30 letters written on Mark's behalf, we have tried to select a smaller, representative sample from a cross section of those familiar with Mark's background and the criminal charges he faces. We would likewise hope that some portions of these letters could be included in the report pursuant to 18 U.S.C. § 3553(a).

Thank you again for all your hard work and help on this very important matter. Please feel free to contact us if you have any questions or comments.

Sincerely,

Andy Drumheller

Derek S. Hollingsworth

Enclosures